THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13-0238-JCC |
| Plaintiff, | ORDER |
| v. | |
| REMBER GUEVARA-MENDOZA, and OSCAR EDGARDO MENDOZA, | |
| Defendants. | |

This matter comes before the Court on the United States' unopposed motion for protective order (Dkt. No. 39). Having thoroughly considered the motion and the relevant record, the Court finds good cause to enter the following protective order.

It is hereby ORDERED that the discovery provided to the defense shall be limited to defense counsel, and others to whom disclosure may be necessary to assist with the preparation of the defense. Defense counsel may review the discovery with Defendants, but may not provide Defendants with a copy of the discovery. Defense counsel, after having reviewed the discovery, may seek a modification of this order to allow limited portions of discovery to be provided to Defendants for them to review if necessary. Defense counsel agrees not to provide any discovery to Defendants without further authorization from the Court.

It is further ORDERED that Defendants, defense counsel, and others to whom disclosure

ORDER
CR13-0238-JCC
PAGE - 1

may be necessary to assist with the preparation of the defense, shall not disclose the existence or contents of the discovery, other than as necessary for the preparation and presentation of their defense.

DATED this 29th day of June 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR13-0238-JCC
PAGE - 2