UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13-0238-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| REMBER OSWALDO GUEVARA-MENDOZA, | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court *sua sponte*. A trial date was not established at Defendant's arraignment. (Dkt. No. 36.) Trial in this matter is scheduled for July 30, 2018 at 9:30 a.m.

DATED this 10th day of July 2018.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk