THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13-0238-JCC |
| Plaintiff, | ORDER |
| v. | |
| REMBER GUEVARA-MENDOZA, and OSCAR EDGARDO MENDOZA, | |
| Defendants. | |

This matter comes before the Court on the United States' unopposed motion to continue the trial date and extend pretrial deadlines (Dkt. No. 43). Having reviewed the motion and relevant record, the Court FINDS that:

(a) a failure to grant a continuance would likely result in a miscarriage of justice, as set forth in 18 U.S.C. § 3161(h)(7)(B)(i);

(b) taking into account the exercise of due diligence, a failure to grant a continuance would deny counsel for the United States and Defendant the reasonable time necessary for effective preparation, due to the voluminous amount of discovery in this case and the need to obtain evidence pursuant to a Mutual Legal Assistance Treaty;

(c) the additional time requested is a reasonable period of delay, given the amount of discovery and investigation involved with this case;

(d) the ends of justice will best be served by a continuance and outweigh the best interests of the public and the Defendant in a speedier trial, as set forth in 18 U.S.C. § 3161(h)(7)(A).

Therefore, the Court ORDERS that the jury trial in this matter is continued to October 22, 2018 at 9:30 a.m. All pretrial motions shall be filed no later than September 21, 2018. The Court further ORDERS that, the time for trial is tolled during the period from the date of the issuance of this order, through the new trial date of October 22, 2018. *See* 18 U.S.C. § 3161(h)(7)(B)(i) and (iv).

DATED this 17th day of July 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE