THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>REMBER GUEVARA-MENDOZA,<br>OSCAR EDGARDO MENDOZA, and<br>BINH QUOC LY,<br><br>Defendants. | CASE NO. CR13-0238-JCC<br><br>ORDER |

This matter comes before the Court on the parties' stipulated motion to amend protective order (Dkt. No. 57). Having thoroughly considered the motion and the relevant record, the Court finds good cause to enter the following protective order.

It is hereby ORDERED that the Defendants incarcerated at the Federal Detention Center will be permitted to review discovery materials identified as "Protected Material" consistent with the regulations established by that institution. As part of this process, counsel will be allowed to provide discovery materials to the Federal Detention Center pursuant to the institution's procedures. The Defendants shall be allowed to review the Protected Material in a controlled environment, but will be prohibited from maintaining a copy of the material in their own possession, printing the material, copying it or disseminating it further.

It is further ORDERED that limitations contained in the original protective order remain

1 | in full and effect subject to the modification outlined above.

2 | DATED this 31st day of August 2018.

*John C. Coughenour*
UNITED STATES DISTRICT JUDGE

ORDER
CR13-0238-JCC
PAGE - 2