THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>    v.<br><br>REMBER OSWALDO GUEVARA-MENDOZA,<br><br>              Defendant. | CASE NO. CR13-0238-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the Government's unopposed motion for an extension of time to respond to Defendant's motion for compassionate release (Dkt. No. 159). Having considered the briefing and the relevant record and finding good cause, the Court hereby GRANTS the motion. The Government shall respond to Defendant's motion (Dkt. No. 155) no later than January 3, 2022. The Court DIRECTS the Clerk to renote the motion (Dkt. No. 155) for consideration on January 3, 2022.

//

//

//

MINUTE ORDER
CR13-0238-JCC
PAGE - 1

DATED this 9th day of December 2021.

Ravi Subramanian
Clerk of Court

s/Sandra Rawski
Deputy Clerk
