THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13-0238-JCC |
| Plaintiff, | ORDER |
| v. | |
| REMBER GUEVARA-MENDOZA, *et al.,* | |
| Defendants. | |

This matter comes before the Court on Defendant Rember Guevera-Mendoza's[1] motion to seal Exhibit A to his motion for compassionate release (Dkt. No. 156). The motion to seal is not opposed. Given the sensitive nature of the information contained in the Exhibit, the Court finds good cause to seal it. The motion to seal (Dkt. No. 156) is GRANTED. The Clerk is DIRECTED to maintain under seal Exhibit A filed at Docket Number 157 until further order of the Court.

DATED this 10th day of December 2021.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

---

[1] The motion names "Dwight Weems" as the moving party. (Dkt. No. 156.) The Court presumes this was scrivener's error, given the context of the motion and proposed order. (*Id.*; Dkt. No. 156-1.)

ORDER
CR13-0238-JCC
PAGE - 1