THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR13-0238-JCC |
| Plaintiff, | ORDER |
| v. | |
| REMBER GUEVARA-MENDOZA | |
| Defendants. | |

This matter comes before the Court on the Government's unopposed motion to seal (Dkt. No. 166) Exhibit 3 to its response to Defendant's motion for compassionate release. Given the sensitive nature of the information contained in the Exhibit, the Court finds good cause to seal it. The motion to seal (Dkt. No. 166) is GRANTED. The Clerk is DIRECTED to maintain under seal Exhibit 3 filed at Docket Number 167 until further order of the Court.

DATED this 14th day of February 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE

ORDER
CR13-0238-JCC
PAGE - 1