THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>REMBER GUEVARA-MENDOZA<br><br>          Defendant. | CASE NO. CR13-0238-JCC<br><br>ORDER |

This matter comes before the Court on the Defendant's motion to seal (Dkt. No. 171) Exhibit A to Defendant's Motion for Compassionate Release (Dkt. No. 174).

The First Amendment protects the public's right of access to criminal trials. *See, e.g.*, *Globe Newspaper Co. v. Super. Ct. for Norfolk Cnty.*, 457 U.S. 596, 606 (1982). The public also has a common-law right to inspect and copy public records, including those from judicial proceedings. *See Nixon v. Warner Commc'ns*, 435 U.S. 589, 597 (1978). But these rights are not absolute. They must yield when (1) sealing a document serves a compelling interest, (2) that is substantially likely to be harmed if the document is not sealed, and (3) there are no less restrictive alternatives for protecting the interest. *See United States v. Doe*, 870 F.3d 991, 998 (9th Cir. 2017).

Given the sensitive nature of the information contained in Exhibit A, the Court finds good cause for it to remain under seal.  Doing so serves a compelling interest that is substantially

ORDER
CR13-0238-JCC
PAGE - 1

likely to be harmed if the document is not sealed, and there is no less restrictive alternative to protect that interest.

The Court GRANTS the motion. The Clerk is DIRECTED to maintain Docket Number 174 under seal.

DATED this 16th day of June 2022.

John C. Coughenour
UNITED STATES DISTRICT JUDGE